UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20326-COOKE/DAMIAN

SUMMAR FINANCIAL, LLC,

    Plaintiff,

vs.

CHOCOLATES FINOS
NACIONALES COFINA, S.A., and
JULIO ZAMBRANO GONZALEZ,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    THIS MATTER is before me on the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge, ECF No. 47, regarding Plaintiff, Summar Financial, LLC's motion for default judgment, ECF No. 36. In her R&R, Judge Damian recommends that I grant the motion for default judgment. *See* ECF No. 47 at 13–14 (specifying relief to be granted). The parties have not filed objections to the R&R, and the time to do so has passed.

    I have reviewed Plaintiff's motion, the briefing and accompanying exhibits, Judge Damian's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Damian's R&R to be clear, cogent, and compelling.

    Accordingly, Judge Damian's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the motion for default judgment is **GRANTED** as set forth in the R&R. A final default judgment will be entered in favor of Plaintiff by separate order.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of June 2022.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*